IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>J. CHRISTIAN GUZMAN-GAVINO,<br><br>      Defendant. | NO: CR-02-2134-FVS<br><br>ORDER QUASHING ARREST WARRANT |

BEFORE THE COURT is Plaintiff's Motion to Quash Arrest Warrant (ECF No. 26).

For the reason set forth in Plaintiff's motion, IT IS HEREBY ORDERED that Plaintiff's Motion to Quash Arrest Warrant (ECF No. 26) is GRANTED.

The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshals Service.

Dated this 22nd day of July, 2014.

                                        s/ Fred Van Sickle
                          HONORABLE FRED VAN SICKLE
                          Senior United States District Judge